24-CV-6191-FPG

Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. ShaQuill Battle 15B2077    /s/ ShaQuill Battle
2. _____

-VS-

**B.    Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Jane Doe Nurse              4. M. Brown
2. J Brooks                    5. John Doe Sergeant
3. ? Insania (Twin)            6. John Doe Sergeant

Continued on Plain Paper

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: ShAQuill Battle 15B2077

Present Place of Confinement & Address: Orleans Correctional Facility 3531 Gaines Basin RD. Albion NY 14411-9199

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Jane Doe
(If applicable) Official Position of Defendant: Nurse
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Orleans Correctional Facility 3531 Gaines Basin RD. Albion, New York 14411-9199 Work Place

Name of Defendant: J. Brooks
(If applicable) Official Position of Defendant: Correctional Officer
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Orleans Correctional Facility 3531 Gaines Basin RD. Albion, New York 14411-9199 Work Place

Name of Defendant: ? Insania
(If applicable) Official Position of Defendant: Correctional Officer
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Orleans Correctional Facility 3531 Gaines Basin RD. Albion, New York 14411-9199 Work Place

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
    Yes___  No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

2.  Court (if federal court, name the district; if state court, name the county):_____

3.  Docket or Index Number:_____
4.  Name of Judge to whom case was assigned:_____

B. M Bly 7
M. Ploff 8
M. Nowak 9
Ms. Soviano 10

11 Jane Doe (mixed complexion) C.O  Drove to and from visit 3-17-24
12 John Doe (Looks Hispanic) C.O
13 Srgt Patti
14 Officer Tresch
15 SORC Sword
16 John Doe (Tall Full Beard) C.O — Can Identify
17 OMH Ashton
18 ? Cosgrove  E or P First Initial has brother

1. B end of Continued Defendant(s).

Defendants                    Seperate sheet (1)

Orleans Correctional Facility 3531 Gaines Basin Rd, Albion New York 14411-9199  Is The Address For All Named Defendants.

Part 4 Continued Here Defendants Information:

M. Brown, Correctional Officer, Defendant is sued In his Individual and Official Capacity.

John Doe (Sergeant) #1 Correctional Officer Supervisor Sued Individual/Official
John Doe (Sergeant) #2 Correctional Officer Supervisor Sued Individual/Official
M. Bly, Correctional Officer Sued Individually and Officially
M. Ploff, Correctional Officer Sued Individual and Official
M. Nowak, Correctional Officer Sued Individual and Official
Ms. Soviano, Correctional Officer Sued Individual and Official
Jane Doe (mixed Complexion) Correctional Officer, Sued Individual and Officially.
(New) ? Cosgrove, Correctional Officer, Sued Individually & Officially
John Doe (Looks Hispanic) Correctional Officer, Sued In Official Capacity
Srgt Patti (supervisor) Correctional Officer, Sued Individually and Officially
Officer Tresch, Correctional Officer, Sued Individually and Officially
SORC Sword, Civilian Counsler Senior Offender Rehab Counsler Sued Individually and Officially
John Doe (Tall Full Beard) Can Identify Correctional Officer, Sued Individually and Official Capacity.
OMH Ashton (Civilian Counsler) RRU OMH Consultant Program staff, Counsler
LT. Jane Doe (Female RRU LT. Hispanic, Colored Complexion, only one.) Correctional Officer Supervisor, Sued In Official Capacity.
Superintendent Cook - Superintendent Sued Officially
K. Walker First Deputy Superintendent Sued Individually and Official.

All Addresses For All Defendants Are The Same As mentioned Pg 2.

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun any other lawsuits in federal court which relate to your imprisonment?

    Yes [✓]   No [✓]   Sorry For Error

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

**A. FIRST CLAIM:** On (date of the incident) __3-4-24 Monday__,
defendant (give the **name and position held** of **each defendant** involved in this incident) __Officer Tresch, C.O__
~~Flassroomses Blakes~~ "SrgT" ~~PaTTi~~ Patti, ? Cosgrove Corr Officer
SrgT Stands For sergeant / C.O Corr officer
did the following to me (briefly state what each defendant named above did): __Officer Tresch Retaliated against my grievance Complaints and Fabricated an Assult Then Falsified State Documents and Refused to Appear As A Witness. SrgT Patti Fabricated a Misbehavior Report stemming There From, and Did So Without Knowledge of The Incident. ? Cosgrove Assulted me Several times While Investigating The Alledged Incident Officer Tresch and SrgT Patti Fabricated. I Then lost All Property: Personal, legal, State, including A Basic Bed.__
The constitutional basis for this claim under 42 U.S.C. § 1983 is: __Due Process, Equal Protection, Cruel and unusual Punishment and Retaliation, Deliberate Indifference__
The relief I am seeking for this claim is (briefly state the relief sought): __Punitive Damages, Compensatory Damages or An alternative to Punitive An Injunction to be Compensated For Torment and Suffering & Stop it.__

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? __✓__ Yes ____ No   If yes, what was the result? __Appeal From Director had diffrent mail I Never get Code 40 Responces And my mail is stolen.__
Did you appeal that decision? __✓__ Yes ____ No   If yes, what was the result? __I Filed a grievance Was Investigated twice No Responce provided After Interviewer stated it would Be.__
*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: __I Am Unable to get A Appeal or Complaint to CORC or Albany This 1983 is to put a Stop to my Hardships__

**A. SECOND CLAIM:** On (date of the incident) __3-9-24 SaturDAy__,
defendant (give the **name and position held** of **each defendant** involved in this incident) __Nurse Jane Doe, CO J Brooks, C.O ? Insania, C.O M. Brown, John Doe (sergeant), John Doe (sergeant) C.O M. Bly, C.O M. Pluff, C.O M. Nowak, Ms. Soloviano, C.O Jane Doe, C.O John Doe (looks Hispanic), John Doe (Tall Full-Beard Con Identify)__
C.O. Corr Officer

5

Continued on seperate sheet

did the following to me (briefly state what each defendant named above did): M. Brown Called me to be Searched In A No Audio No Camera Frisk Room As Soon As I was entering I was rushed and Turned around to be hit. I observed Officer Insania, Brooks, and Brown First Then a Officer Sprayed me while handcuffed and into my Bleeding wounds Then All of them took Turns Beating me. They cuffed me and put The Cuffs so tight to Damage soft Tissue both wrists And pulled my Arms back enough I couldnt walk with their weight Injuring my left shoulder.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Cruel and Unusual Punishment, Corpal punishment Battery, Excessive Force, Failure to Protect Deliberate Indifferent

The relief I am seeking for this claim is (briefly state the relief sought): Compensatory Damages and Punitive Damages In Alternative Injunction Relief to Stop The Torment I have and Still Face.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No  If yes, what was the result? The Complaint has yet to be Processed.

Did you appeal that decision? ✓ Yes ___ No  If yes, what was the result? No Responce And The Complaint has yet to be processed.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: My mail to Albany Or Attorneys is Stolen only mail goes out is IGRC petty issues They Know they will Deny.

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

---

**6. RELIEF SOUGHT**

*Summarize the relief requested by you in each statement of claim above.*

I Request to recive Compensatory Damages in each Claim and to have Officers and their Superiors Who Violently & Without any Reguard Disreguard Human Rigats Removed From a Position Where They Feel Invinsible And SAy so.

---

Do you want a jury trial? Yes ✓ No ___

6

Second Claim Continuation: They pulled 3/4's of my Dreadlocks out and laughed while kicking and dragging me. Both sergeants stood and watched one even laughed. All the staff they would need to respond to a real incident were already there so I foiled the camera of entrance there is a monitor, but I'm told its Not audio, or camera. I then foiled the RRU entrance to show these officers were Not at their post this foil also is unanswered and the records are avalible I ask the court for help a Incamera review of the proof the Government is supressing. One sergeant threatened to bust my head with his metal Buton upon entering the medical unit. "Jane Doe asked me did I want to hurt myself approx 4pm I Stated No unequivocally. Jane Doe filed a false report because the Threatning Srgt Asked her to and took my personal Boots and wedding Band I'm yet to have back and placed me on Suicide watch 2½ days to avoid calling my Family. Jane Doe allowed me to leak blood down my face for over 3 hours provided no medical at all. Seperate Nurse said O No No No.

Third Claim: The Third Claims Date of incident is 3-4-24
Srgt Patti, ? Insania (C.O.), John Doe (looks Hispanic) C.O., Omh Ashton - civilian RRU Counsler, LT ~~Jane~~ Jane Doe Lt. C.O. Supervisor Colored Complexion, Superintendent Cook, Superintendent, ? Cosgrove C.O.

On the 4th day of March after a fabricated incident I was moved to a Non working disgusting cell. Everything Dirty, The cell looked to be non habitatal or liveable, or lived in for atleast weeks. No static or Law library tablet over 3 weeks My personal property was confiscated without a valid order, My legal Documents confiscated, Personal Bibles and Jehovah publications Destroyed, lost, or lied to about. Cell items confiscated including but not limited to: toilet tissue, toothbrush and toothpaste, soap, clothing other than what I was wearing and paper, pens, or utinsels. once metal shower completly brown with no cleaning tools still to this day 3-27-24. No shoe strings. I was placed on a special management meal which J Brooks took half of the condiments every time and Srgt Patti never came when requested. I was denied milk and told my substitute was water sometimes no fruit either. Exhibit 1 Seperate Sheet (2)    Exhibibit (2)'s    And 2
Shaquit Beattle                                         Ex 1 & 2

This meal is 4 slices of Bread, An egg and 2 cup Peanut Butters 2 Jellys I do not know what the real menu is. I was denied Sickcall And RRU Recreation. The Superintendent Failed to Conduct any Investigation, or Stop So I could verbally complain. For 5 days I slept with no Mat or anything to prevent my Face From Touching the metal Bed Frame. I endured Bone Bruises And Hip Pain elbow pain And Terrible Breakouts Back pain, Neck stiffness, and sleepless Nights. The 9th I had in my Property (3) Signed For legal letters which were stolen and Not Returned Hurdling a Personal claim stemming From Traveling. I Lost All mail Recived. Mr Battle Lost A Full Composition Notebook of Music, A Short story poem Book Fully completed, 2 Large Manilla envelopes Full of music, Business plans and Finished Music Albums.

The Constitutional Basis For this Claim under 42 USC § 1983 is: Due Process, Equal Protection, Cruel and unusual Punishment, Retaliation, Distruction of Personal Property.

The relief I am Seeking For this Claim is: Compensatory Damages, Actual Damages, Punitive Damages, or In The alternative Injunction Relief to Stop Illegal Actions That Keep Occuring.

I grieved this Claim was Interviewed by Srgt Patti on A Thursday or Friday The 21st or 22nd The person who the claim was mainly about. I had Family File over 6 OSI online complaints 3-5-24 Throughout Today and Senators Talk to my Family. This Jail Assigns The complaints to Staff Who They Are on I have No Impartial Investigation No Way to adequatly complain.
I Asked my wife Charlene Battle to Complain 3-23-24 and I'm Sure A Complaint has been Filed. I don't get a copy, Nor can I Access Them.

Please Allow me to have Family Forward Screenshots to All Parties to Show proof of my complaint and See Srgt Conti Report and Srgt Patti approx 3-21, or 22nd, 2024. Electronic Evidence

Seperate sheet (3)

*Shaquin Battle*

Fourth claim: On 3-15-24 In Conjunction with 3-21-24

SORC Sword (Counsler), Srgt Patti (C.O. Supervisor), Officer Tresch (C.O.), Superintendent Cook (Superintendent) K. Walker (First Deputy Superintendent). (Supt ABBr) Superintendent

A Hearing was Held by SORC Sword. First SORC Sword denied the most Relevant Wittness Officer Tresch And only attempted to Call him Twice in A one minute space. S.O.R.C Sword stated "atleast 4 times That I thought he was going to Find me Guilty Without Any Credibility or evidence Review. SORC Sword Showed A Consciousness of Guilt Towards The Statement(s) and Found me guilty of Every Charge. The Facility itself removed Charge(s) without a hearing In a Exculpatory and Favorable Nature." A Foil For The video is Requested and offered As A Exhibit This video is Overwhelming of Innocence!!

Srgt Patti was Called by SORC Sword. He Stated in his Testimony he, Nor his position In his Report was in Compliance with State Law And Federal Law. The Hearing Tape depicts SORC Sword Feeding Info to his Wittness Who Still Failed to meet Safeguard Standards.

I was denied (2) Wittnesses Who could only Corroborate Plantiff Although A Government Officer.

3-17-24, Plantiff Filed an Administrative Discretionary Review.

3-21-24 Mr Battle learned his Discretionary Review had been pashed off by Supt Cook thus denying me a Right to have The Facility Superintendent Review The Merits of my Complaint and Instead recived A Correspondance From First Dep K. Walker Instructing me to File An Appeal As If I'm Not entitled to A Discretionary Review. The (2) did Not enjoy The legal mind of Shaquill Battle. The Discretionary Review Written was Meritorious And Included. Exhibit #3

The Constitutional Basis For This claim under 42 U.S.C § 1983 is: Due process, equal protection, Deliberate Indifference, Right to petition The Government, Denied Access to Court(s).

Seperate Sheet 4        Continued
                        Shaquill Battle

The relief I am seeking for this claim is compensatory Damages and punitive Damages.

I filed an Appeal to the commissioner unaware if the appeal was Recived. Their is NO policy to log outgoing mail. This is the hardest time Ive done in 11 years.

I am waiting to recive acknowledgement for my Appeal to the commissioner.

I am Filing This complaint after having NO way to know If Any of my Appeals other than In house matters have been Recived This Facility Did this 2018 to me Aswell this is Just Worse 1000%.

FIFTH Claim: On 3-4-24 Srgt patti (C.O supervisor) LT Jane Doe (Female Lt Colored Complexion Only one RRU) and Superintendent cook.

For over 3 weeks I have been deprived of personal property without any valid Justification. The (2) orders state I committed Acts Not reflected on Any other Reports, but used to Harm me Mentally and physically emotionally to me and Family. I have had No personal conversation with Family. No legal studying with The Law Library Tablet In violation of HALT LAW.
I Found staff Blatantly Lied on Deprivation order Forgetting I left for visit early got Jumped on Never to Return until 2½ days later and They Kept Fabricating Events. Exhibit 5 I Am yet to see A Hatch order Tablet(s), or Rec. There are clear violations of their own policies and equal protection clause(s) cruel and unusal.

The constotional basis For this claim under 42 U.S.C § 1983!s: Due process, equal protection, cruel and unusual punishment and Deliberate Indiffrence.

The relief I am Seeking for this claim is: Punitive Damages and compensatory Damages.

Seperate Sheet 5        Shaquid Battle

I grieved This Claim See Exhibit to have it Not Named and to have the same events Take place Again and Again and The Next day.

I Am Awaiting Any Acknowledgement And Feel this Claim serves As A [Safe Haven Home Care, inc v United States Department of Health And Human Services] petition 2023 WL 4422790 (2023) This is Illegal Executive Action! Ongoing I Cannot Correspond With Attorneys For my Impending Federal Writ In Front Of Frank Geraci Jr These C.O's Said We will stop your Little Petition And Ive been Through all Aforementioned wrongfully.

Shaquil Beattle

Exhibit 1.

# Grievance #1                    ShaquilBattle

ShaQuil Battle  15B2077   C-1-23   3-14-24

A Brief Description: On 3-4-24 A Fabricated misbehavior report was Filed by SrgT Patti. I was Forced to A cell that Had No Bed, No Toilet Tissue, Toothbrush, Comb, head Phones, Cleanliness, or Property For reciving a misbehavior Report. I Never was Provided with A T-Form In Relevance of 2187 Deprivation(s). I Am To this date NOT under Any Disposition And on either 2-27 or 2-28 The superIntendent of Attica suspended my Packages and Commissary. I Am still Awaiting A Buy $ Half The month hAS ELApsed After Notifying The Stouartist on 3-1-24. I Asked For Protective Costody From The Arian Nation, Dirty Dogs $ Latin Kings.

Action Requested:
Sign me Into A PC Program because There Are valid Threats on my life $ I CANT Program IN CLASS. I cant come out my cell.
Also I request All who made Rounds or Witnessed I/I Battle recive under Mandatory Minimum standards get Sanctioned I am on Loss of legal Documents! Ha Hott What?

cc Neighbors who Are Witnesses
   NYCLU and Personal Counsel.

FORM 2187RRU (06/22)   NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Exhibit 2

_____Orleans_____ Correctional Facility

## DEPRIVATION ORDER RRU

INCARCERATED INDIVIDUAL'S NAME: **Battle, S**   DIN: **15B2077**   Cell Location: **RU-C1-23**

In accordance with Directive #4933D, "Residential Rehabilitation Units," on this date of **3/4/24** you are being deprived of the following specific item(s), privilege(s) or service(s): **State linens, State property**

because it is determined that a threat to the safety or security of staff, incarcerated individuals, or State property exists and for the following specific reason(s): **I/I covered cell window with State property**

Recommended by: **F. Patti**, Sergeant   Authorized By: **A/Capt Jenachi** (DSS, OD, or Other Authorized Staff)   Date: **3/4/24**

| Daily Review | Date | Cell # | Reason(s) for continuing this order (based on current evaluation): |
|---|---|---|---|
| DAY 2. | 3/5/24 | RU C1 23 | I/I continues to not follow staff direction<br>Recommended by (Sgt.): F. Patti     Authorized by: A/Capt Jenachi |
| DAY 3. | 3/6/24 | RU C1 23 | I/I continues to be disruptive towards staff<br>Recommended by (Sgt.): F. Patti     Authorized by: A/Capt Jenachi |
| DAY 4. | 3/7/24 | RU C1 23 | I/I continues poor behavior<br>Recommended by (Sgt.): [signature]     Authorized by: (W)MSI |
| DAY 5. | 3/8/24 | RU C1 23 | I/I will not follow direction without repeated orders<br>Recommended by (Sgt.): [signature]     Authorized by: (W)MSI |
| DAY 6. | 3/9/24 | RU C1 23 | I/I's Disruptive Behavior Continues to interfere w/ Staff<br>Recommended by (Sgt.): [signature]     Authorized by: (W)MSS |
| DAY 7. | 3/10/24 | RU C1 23 | OMH contacted / Deprivation ended<br>Recommended by (Sgt.): [signature]     Authorized by: (W)MSS |

*After seven (7) days, deprivation orders will be reviewed and can be renewed by the Superintendent.*

SUPERINTENDENT'S REVIEW: _Shaquita Battle_
COMMENTS: _____

RENEW:   ☐ YES   ☐ NO   SIGNATURE: _____   DATE: _____

**NOTICE TO INCARCERATED INDIVIDUAL:**
You may write to the Deputy Superintendent for Security or their designee to make a statement on the need for continuing this deprivation order.

Notes:   Upon signature (authorization) copy and deliver to the incarcerated individual.

cc: Superintendent, RRU Sergeant Housing Unit, Guidance Unit, Incarcerated Individual

*Exhibit 2*

PHOTOCOPY LOCALLY AS NEEDED
FORM 2190 (06/22)

# NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## SPECIAL MANAGEMENT MEAL ORDER

| Initial Start Date: 03/04/24 | Orleans Correctional Facility | Name: Battle | DIN: 15B2077 |
|---|---|---|---|
| Start Meal: Dinner | | Cell Location: RU-C1-23B | |

In accordance with Directive #4933, "Special Housing Units," I am recommending that you be placed on the Special Management Meal because I have determined that a threat to the safety or security of staff, incarcerated individuals, or State property exists for the following specific reason(s):

"I/I Battle threw his messhall tray at an officer in the RRU that contained oatmeal and a liquid that smelled like urine."

Recommended by: (Print) Sgt. D. Conti  (Signature) Sgt D Conti  (Date) 03/04/24

Superintendent's Decision: ☒ APPROVED  ☐ DISAPPROVED

REVIEWED BY:
Print Name: Amy A Cook   Signature: Amy Cook   Title: Supt.   Date: 3/4/24

**NOTICE TO INCARCERATED INDIVIDUAL:** You may write to the Deputy Superintendent for Security or their designee to make a statement as to the need for continued imposition of this Special Management Meal Order.

---

**TO: MEDICAL DIRECTOR:**
The above-named incarcerated individual is being considered for a Special Management Meal. Please examine the incarcerated individual's ambulatory health record to determine if such meal would jeopardize the incarcerated individual's health.

Medical Recommendation: 
☒ This incarcerated individual is medically approved for the Special Management Meal.
☐ This incarcerated individual's medical condition renders the Special Management Meal inappropriate.

REVIEWED BY:
Print Name: DWIGHT LEWIS MD   Signature: Dwight Lewis   Title: MD   Date: 03.04.2024

---

**TO: AREA SUPERVISOR/WATCH COMMANDER/DEPUTY SUPT. SECURITY:** The above-named incarcerated individual has been placed on a Special Management Meal Order. They are to be evaluated daily for the need to continue this order. Fill out this portion of the form daily.

| # | DATE | Reason(s) for continuing this order (based on current evaluation): |
|---|---|---|
| 2. | 3/5/24 | I/I continues to be disruptive to staff  Recommended by: [sig]  Approved by: DSS |
| 3. | 3/6/24 | I/I continues to not follow staff direction  Recommended by: [sig]  Approved by: (w) DSS |
| 4. | 3/7/24 | I/I is argumentative with staff  Recommended by: [sig]  Approved by: (w) DSS |
| 5. | 3/8/24 | I/I continues poor behavior  Recommended by: [sig]  Approved by: (w) DSS |
| 6. | 3/9/24 | I/I continues Disruptive Behavior  Recommended by: [sig]  Approved by: (w) DSS |
| 7. | 3/10/24 | I/I Defecated in Paper bag  Recommended by: [sig]  Approved by: (w) DSS |

Distribution: Commissioner's Office, Superintendent's Office, DSS, SHU/RRU Sgt., Medical file, Guidance file, Incarcerated Individual

*Shaquill Battle*

(29) Legal mail/stamps taken  Exhibit 2

Grievance #1  Assistant Lies & Prejudice
Stolen legal mail / Lack of commissary Buy / No stamp Buy

Shaquill Battle  15B2077  3-14-24  C-1-23

BD: I have had my signed for legal and personal mail confiscated Illegally. I have missed being able to respond to my claims by lack of a stamp purchase being here over 3 weeks tomorrow. I am Not loss of Commissary, or my right to Association under the First, Fifth, Ninth Amendment or the 14th. I have missed legal deadlines and strong arm robbed. * My Assistant for my Tier hearings today told me with another officer and a Female Lt present he would bring me all the requested items needed to form a Necessary Defense. I was lied to and denied my Right to Conduct review of Related Material Pertinent to my Defense by all the Aforementioned

Action Requested: Federal, State & All Rights Are upheld. I request the video of the Assistance is Reviewed with all 3 parties on it and that I get more Carbon paper I'm running out.
CC PLR, private Counsel, Witnesses

Shaquill Battle



Exhibit 3

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

To:     S. Battle   15B2077   RU-C1-23T

From:   K. Walker, First Deputy Superintendent

Date:   3/21/24

Re:     Discretionary Review/Tier 3 Appeal

I am in receipt of your memo requesting a Discretionary Review for your Tier 3 incident 3/9/24. Please complete a Tier 3 Appeal form and submit to the Director of Special Housing and I/I Discipline in Central Office, as indicated on the bottom of the form.

KW:dr
cc: File

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-27-24 (Wed)
             (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Shaquita Battle 15B2077_

_____
Signature(s) of Plaintiff(s)

7

Your Honor             Ex parte
                    Communication 3-27-24

I have no lights This was written
From yard security light. Help
I am The plantiff and am In Fear For my
Life every weekend. They say They'll set me
up every visit. I File Something & Loose All
Carbon Copies, Any Trace. I Cannot Fight
This Claim In This Jail I Dont get
Notary Fulfillments, or Pens. I've waited
3 days For a Pen Exchange My Neighbors
Provided Pens Risked Their Liberty to see
me get a Complaint out While The Regular
mailman is off.
Juliess Sanchez Secretary has started Talking
to my wife I Need a Transfer This Jail
Has set me up with 2 Fake Assults on staff.
I Beg This Federal Court to Allow me
to demonstrate The Need For this Complaint
Through its EMIT Test. I Beg to be
tested For Deception & was Assulted on both
Alledged Incidents Knowing & have other
ways to complain. They All will Fail! They Are
the proof Holders of the videos of Circumstantial
Evidence and my allegations can be trusted through
Deception when They All Refuse The test.
I am 1000% In The Right and Conscious
& couldnt engage at All And didnt once They
Are Served I am at Risk A Lot more.
Thank you In Advance For your time, care and Consideration
                                        Shaqrd Beltre

# CIVIL COVER SHEET

24-CV-6191-FPG

JS 44 (Rev. 08/18)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Shaquill Battle

### DEFENDANTS
Please see Seperate Sheet(s)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-se Orleans Corr Facility
3531 Gaines Basin Rd Albion NY

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY |  | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |  |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
|  |  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  |  | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  |  | ☒ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983

Brief description of cause:
Unjust Conditions, Property Theft, Illegal Executive Action, Battery, Assault

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 2 Million

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**ORLEANS CORRECTIONAL FACILITY**
3531 Gaines Basin Road
Albion, New York 14411-9199

NAME: Shaquill Battle  DIN: 15B2077

2.11
.53
1.58

NEOPOST
03/28/2024
US POSTAGE $001.58

ZIP 14411
041M11280436

MAR 29 2024
ROCHESTER

*legal Mail*
22 pages

United States
District Court
2120 U.S. Court House
100 State Street
Rochester NY 14614-1387

legal mail